UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYLER ANDREW ALLEN                              Case No. 6:17-bk-02645-ABB

### CHAPTER 13 PLAN

**CHECK ONE:**

___X___ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.    MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 36 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A)**    $800.00 for months 1 through 36 (May 2017 – April 2020)

To pay the following creditors:

**2.    ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $4,500.00    Total Paid Prepetition $3000.00    Balance Due $1500**

**Estimated Additional Fees Subject to Court Approval    $0**

**Attorney's Fees Payable through Plan $1500 at $100 per month for months 1 through 15 (subject to adjustment)**

**3.    PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|

**NONE**

_____

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**4.    TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5.    SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|

**NONE**

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| 0308 | Carrington Mortgage | 6236 Bordeaux Circle, Sanford, FL 32771 | $620.00 |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @ ___% |
|---|---|---|---|---|---|---|

**NONE**

**(D)     Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ _____% |
|---|---|---|---|---|---|

**NONE**

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|

**NONE**

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|

**NONE**

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| 9102 | Regions Bank | 6236 Bordeaux Circle, Sanford, FL |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|

**NONE**

6. **LEASES/EXECUTORY CONTRACTS.**

Last 4 Digits    Creditor         Property                    Assume/Reject-Surrender    Est. Arrears
of Acct No.

**NONE**

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than an approximate $2100.00.

8. **ADDITIONAL PROVISIONS:**

   (A)    Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

   (B)    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C) Property of the estate (check one)*

    (1) __X__ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) _____ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

    (D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

    (E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

    (F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

**9. NONCONFORMING PROVISIONS:**
_____
_____
_____

_/s/ Tyler Allen_____
Tyler Andrew Allen                                                 Dated: May 23, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 23rd day of May, 2017.

/s/ *Scott W. Spradley*
Scott W. Spradley
Florida Bar No.: 782467
Law Offices of Scott W. Spradley, P.A.
109 South 5th Street
P.O. Box 1
Flagler Beach, FL 32136
Tel: 386/693-4935
Fax: 386/693-4937
scott.spradley@flaglerbeachlaw.com
Attorneys for the Debtor

Label Matrix for local noticing
113A-6
Case 6:17-bk-02645-ABB
Middle District of Florida
Orlando
Tue May 23 16:10:38 EDT 2017

Tyler Andrew Allen
6236 Bordeaux Circle
Sanford, FL 32771-6406

Wilmington Savings Fund Society, FSB, as tru
c/c Carrington Mortgage Services, LLC.
1600 Douglass Rd.
Anaheim, CA 92806-5948

ADT Security Services
PO Box 70834
Charlotte, NC 28272

AOL
PO Box 65101
Sterling, VA 20165-8801

AR Resources Inc.
PO Box 1056
Blue Bell, PA 19422-0287

AT&T
PO Box 105262
Atlanta, GA 30348-5262

AUM Inc
PO Box 4957
Oak Brook, IL 60522-4957

Allied Interstate
3000 Corporate Exchange Dr
Columbus, OH 43231-7689

American Home Shield
P. O. Box 849
Carroll, IA 51401-0849

Ameripath Florida
PO Box 404938
Atlanta, GA 30384-4938

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Asset Acceptance LLC.
P. O. Box 2036
Salem, NH 03079-1146

Associated Credit Services
115 Flanders Road, Suite 140
P. O. Box 5171
Westborough, MA 01581-5171

BSI Financial Services
314 S Franklin St, 2nd Floor
PO Box 517
Titusville, PA 16354-0517

Bank of America NA
P. O. Box 25118
Tampa, FL 33622-5118

Barclays Bank Delaware
100 West St
Wilmington, DE 19801-5015

Barclays Bank Deleware
100 West St
Wilmington, DE 19801-5015

Best Buy HSBC Retail Services
PO Box 5244
Carol Stream, IL 60197-5244

Blue Cross Blue Shield of FL Inc
PO Box 2458
Jacksonville, FL 32231-0003

Boundary Peak Emergency Physicians LLC
1401 W Seminole Blvd
Sanford, FL 32771-6743

Brighthouse Networks
P.O. Box 31337
Tampa, FL 33631-3337

Broadway Security
PO Box 660418
Dallas, TX 75266-0418

Buckingham Estates HOA Assn
PO Box 105302
Atlanta, GA 30348-5302

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank
P. O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
PO Box 71083
Charlotte, NC 28272-1083

Capital One Services LLC
PO Box 30285
Salt Lake City, UT 84130-0285

Carrington Mortgage Services
P.O. Box 3489
Anaheim, CA 92803-3489

Central Credit Services
20 Corporate Hills Dr
St Charles, MO 63301-3749

| | | |
|---|---|---|
| Central Credit Services<br>Integrity Solution Services<br>PO Box 1850<br>St Charles, MO 63302-1850 | Central Florida Regional Hospital<br>1401 W Seminole Blvd<br>Sanford, FL 32771-6764 | Central Florida Regional Hospital<br>PO Box 740771<br>Cincinnati, OH 45274-0771 |
| Century Link<br>P. O. Box 1319<br>Charlotte, NC 28201-1319 | Chase Home Finance LLC<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | City of Leesburg<br>P. O. Box 481286<br>Leesburg, FL 34749 |
| City of Leesburg Utilities<br>P.O. Box 25858<br>Tampa, FL 33622-5858 | Collectech Systems<br>PO Box 1962<br>Southgate, MI 48195-0962 | Colonial Grand Town Park<br>1050 Colonial Grand Lane<br>Lake Mary, FL 32746-4722 |
| Commonwealth Financial Systems<br>245 Main St<br>Dickson City, PA 18519-1641 | Cortez Community Bank<br>1000 S Broad St<br>Brooksville, FL 34601-3117 | Countrywide Bank FSB<br>PO Box 660694<br>Dallas, TX 75266-0694 |
| Credit America<br>101 Grovers Mill Rd Suite 303<br>Lawrenceville, NJ 08648-4706 | Credit Protection Association<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 | Credit Protection for Cable or Cellular<br>13355 Noel Rd # 2100<br>Dallas, TX 75240-6837 |
| Department of Treasury<br>P. O. Box 9441<br>Stope 6552<br>Ogden, UT 84409-0441 | Dyck O'Neal<br>15301 Spectrum Drive<br>Suite 450<br>Addison, TX 75001-6436 | E-Pass Service Center<br>Orlando Orange County Expressway<br>762 S Goldenrod Rd<br>Orlando, FL 32822-8108 |
| EMCARE<br>555 W State Rd 434<br>Longwood, FL 32750-5119 | ER Solutions<br>10750 Hammerly Blvd<br>#200<br>Houston, TX 77043-2317 | Earthmover Credit Union Visa<br>Visa<br>PO Box 4521<br>Carol Stream, IL 60197-4521 |
| Enhanced Recovery Corporation<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Eric Thims<br>1767 Baldock Court<br>Deltona, FL 32738-4174 | FL Dept of Revenue / Orange County Tax<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 |
| FL Dept of Transportation<br>P. O. Box 880069<br>Boca Raton, FL 33488-0069 | First National Collection Bureau Inc<br>610 Waltham Way<br>Sparks, NV 89434-6695 | First Source Advantage LLC<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 |
| Flagstar Bank<br>P. O. Box 19359<br>Plantation, FL 33318-0359 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GCM Account Receivable Svc.<br>P. O. Box 607<br>Holbrook, NY 11741-0607 |

| | | |
|---|---|---|
| Gembecki Enterprises<br>Mahoney Ice Equipment<br>1311 Seminole Blvd<br>Casselberry, FL 32707-3623 | George's Tavern<br>Eric Thims<br>1011 French Avenue<br>Sanford, FL 32771-2465 | HSBC Bank Nevada National Association<br>PO Box 2013<br>Buffalo, NY 14240-2013 |
| Holy Cross Lutheran Ministries<br>780 N Sun Dr<br>Lake Mary, FL 32746-2507 | Home Advisor, Inc.<br>14023 Denver West Pkwy<br>Building 64<br>Golden, CO 80401-3253 | Hulett Environmental Services<br>7670 Okeechobee Blvd<br>West Palm Beach, FL 33411-2100 |
| INCORP Service, Inc.<br>P. O. Box 94438<br>Las Vegas, NV 89193-4438 | Innovative Merchant Solution<br>21215 Burbank Blvd<br>Suite 100<br>Woodland Hills, CA 91367-7091 | Internal Revenue Service -<br>Central Insolvency Dept.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Jeffrey Hack<br>4178 Rolling Hills Drive<br>Titusville, FL 32796-1183 | Jesse James Saloon Max, Inc.<br>478 Altamonte Circle<br>#108<br>Altamonte Springs, FL 32701-4622 |
| LC System Inc<br>444 Highway 96 East<br>PO Box 64437<br>St Paul, MN 55164-0437 | LVNV Funding LLC<br>for Fia Card Services Bank of America<br>200 Meeting St # 206<br>Greenville, SC 29615-5833 | Lake Monroe Emergency Physicians<br>1401 West Seminole Blvd<br>Sanford, FL 32771-6743 |
| Law Office of JR Wesley<br>Hoskins, PLLC<br>P. O. Box 115<br>Corbin, KY 40702-0115 | Law Offices of Erskine and Fleisher<br>55 Weston Road, Suite 300<br>Fort Lauderdale, FL 33326-1170 | Law Offices of Marshall C Watson<br>1800 NW 49th St #120<br>Fort Lauderdale, FL 33309-3092 |
| Leading Edge Recovery Solutions<br>5440 N Cumberland Ave Ste 300<br>Chicago, IL 60656-1486 | Linebarger,Goggan, Blair & Sampson,LLP<br>P. O. Box 978658<br>Dallas, TX 75397-8658 | Liquid Real Estate Holdings<br>Philip Brersseau<br>1742 S. Woodland Boulevard, Ste 216<br>Deland, FL 32720-7915 |
| London #12<br>1615 Nevada Avenue<br>London, KY 40741-2919 | M J Altman Companies Inc<br>112 E Fort King St<br>Ocala, FL 34471-2123 | MDX-Miami Dade Expressway<br>Payment Processing Center<br>P. O. Box 628282<br>Orlando, FL 32862-8282 |
| MSI Merchant Services<br>890 Mountain Avenue<br>New Providence, NJ 07974-1218 | Massey Services, Inc.<br>P.O. Box 547668<br>Orlando, FL 32854-7668 | McCarthy, Burgess & Wolfe<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 |
| MedAssist<br>1661 Lyndon Farm Court<br>Louisville, KY 40223-4029 | Middleton Lawn & Pest Control<br>PO Box 864044<br>Orlando, FL 32886-4044 | Midland Credit Management Inc<br>PO Box 60578<br>Los Angeles, CA 90060-0578 |

| | | |
|---|---|---|
| Midwest Recovery Systems<br>2745 W Clay St<br>St Charles, MO 63301-2540 | Music & Arts Centers<br>4626 Wedgewood Blvd<br>Frederick, MD 21703-7159 | NCO Financial Systems<br>4740 Baxter Road<br>Virginia Beach, VA 23462-4484 |
| NCO Financial Systems<br>PO Box 15609<br>Wilmington, DE 19850-5609 | NPAS Inc<br>PO Box 99400<br>Louisville, KY 40269-0400 | Nationwide Termite & Pest<br>150 E. State Road 434<br>Longwood, FL 32750-5214 |
| Nelson Watson & Assoc LLC<br>80 Merrimack Street Lower Level<br>Haverhill, MA 01830-5211 | Ocwen Loan Servicing LLC<br>P. O. Box 6440<br>Carol Stream, IL 60197-6440 | One Stop Cooling & Heating<br>669 Harold Avenue<br>Winter Park, FL 32789-4607 |
| PayPal<br>P.O. Box 960080<br>Orlando, FL 32896-0080 | Paysafe<br>Meritus Payment Solutions<br>2600 Michelson #1600<br>Irvine, CA 92612-1581 | PennCredit Corp<br>916 S 14th Street<br>P. O. Box 988<br>Harrisburg, PA 17108-0988 |
| Phillip Brersseau<br>1742 Woodland Boulevard<br>Suite 216<br>Deland, FL 32720-7915 | Platinum Gym<br>P. O. Box 497<br>Layton, UT 84041-0497 | Ray Valdez<br>Tax Collector<br>Seminole County Services<br>1101 E. First Street<br>Sanford, FL 32771-1468 |
| Regions Bank Consumer Loan Processing<br>P.O. Box 2224<br>Birmingham, AL 35246-0001 | Regions Bank Essentialine<br>Home Equity Line of Credit<br>P.O. Box 216<br>Birmingham, AL 35201-0216 | Seminole County Tax Collector -<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| Sheridan Radiology<br>P. O. Box 452047<br>Sunrise, FL 33345-2047 | Sheridan Radiology<br>P.O. Box 743854<br>Department 40003<br>Atlanta, GA 30374-3854 | State Farm Insurance Support Center<br>P.O. Box 588002<br>North Metro, GA 30029-8002 |
| Suntrust Bank<br>P.O. Box 622227<br>Orlando, FL 32862-2227 | Syncb/Old Navy<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | The Am Natk BK of Dekalb County Visa<br>PO Box 30495<br>Tampa, FL 33630-3495 |
| The Troum Law Firm, P.A.<br>Mark Troum<br>2450 Maitland Center Parkway<br>Suite 303<br>Maitland, FL 32751-4140 | Truemper and Titiner Limited<br>Farmsworth Commons<br>1700 N Farmsworth Ave<br>Aurora, IL 60505-1523 | Vince Celeste<br>1751 SW 80th Street<br>Ocala, FL 34476-7199 |
| Violation Processing Center<br>Maitland Department<br>700 Troy-Schenectady Road<br>Latham, NY 12110-2460 | West Asset Management Inc<br>PO Box 790113<br>St Louis, MO 63179-0113 | Wyndam Professionals, Inc.<br>P.O. Box 1048<br>Salem, NH 03079-1048 |

Zephyrhills
P.O. Box 856680
Louisville, KY  40285-6680

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

United States Trustee - ORL7/13 7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Scott W Spradley +
Law Offices of Scott W Spradley PA
PO Box 1
109 South 5th Street
Flagler Beach, FL 32136-3604

Alexandra R Kalman +
Lender Legal Services, LLC
201 East Pine Street
Suite 730
Orlando, FL 32801-2763

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients   124
Bypassed recipients     2
Total                 126